**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE: NIVOL BREWERY, INC             **Chapter 11**
                                       **Case No.: 18-50326-KKS**

      **Debtor.**

_____\

### NOTICE OF FILING

NOW COMES the Debtor, **NIVOL BREWERY, INC**, by and through its undersigned attorney and submits the following documents:

1. 20 Largest Unsecured Creditors

2. Schedules: A,B,D,E,F,G, H

3. Debtor's Declaration regarding schedules

4. Summary of Schedules

5. Statement of Financial Affairs

6. Disclosure of Compensation for Attorney for Debtor

7. List of Equity Security Holders

8. Corporate Ownership Statement

DATED this 20th day of December, 2018.

/s/Charles M. Wynn
CHARLES M. WYNN, ESQ.
CHARLES M. WYNN LAW OFFICES, PA
P. O. Box 146
Marianna, FL 32447-0146
(850)526-3520
Court@Wynnlaw-fl.com
FL Bar #0241695
Attorney for Debtor

| Debtor name | Nivol Brewery, Inc |
|---|---|
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known): | 18-50326 |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ameris Bank 3299 Ross Clark Circle NW Dothan, AL 36303 | | 483 Richard Jackson BLVD , Panama City Beach, FL - construction loan | | $462,742.70 | $0.00 | $462,742.70 |
| Ameris Bank c/o Christian George, Esq 50 North Laura Street, Suite 3100 Jacksonville, FL 32202 | | Bay County Case No.:  18-986CA against Nivol, Hill Enterprises, Debtors, etc | | | | $0.00 |
| Atlas Keg Company PO Box 59291 Birmingham, AL 35259 | | Lease terminaton. | Unliquidated Disputed | | | $0.00 |
| Briess Industries, Inc c/oi CMi Credit Mediators, Inc Po Box 456 Upper Darby, PA 19082 | | vendor | | | | $1,812.51 |
| BSG Craftbrewing PO Box 74769 Chicago, IL 60694-4769 | | Hop Contract | Disputed | | | $0.00 |
| Craft Beer Crew Mobile Canning 7373 Lagoon Road Spring Hill, FL 34606 | | vendor - Invoice #1597 | | | | $3,477.03 |
| Firestone Financial c/o Alex Darcy, Esq 444 North Michigan Ave, Suite 3270 Chicago, IL 60611 | | Security interest in all personal property. | Unliquidated Disputed | $61,392.57 | Unknown | Unknown |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Nivol Brewery, Inc | | Case number (if known) | 18-50326 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Florida Dept Of Revenue Bankruptcy Section Po Box 6668 Tallahassee, Fl 32314 | | sales tax | | | | $13,955.75 |
| Gulf Coast Brewery, LLC 500 E Heinberg Street Pensacola, FL 32502 | | vendor | | | | $7,749.55 |
| Internal Revenue Centralized Insolvency P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | $0.00 |
| Keg Credit 308 E Renfro St., Suite 212 Burleson, TX 76028 | | Termination of lease. | Unliquidated Disputed | | | $0.00 |
| Keg Logistics 9360 Station Street, Suite 325 Lone Tree, CO 80124 | | Open account | Unliquidated Disputed | | | $28,000.00 |
| Lamar Texas Limited Partnership c/o Michael Dickey, Esq PO Box 2467 Panama City, FL 32402 | | lawsuit in Bay County No.: 2017-657CA against Nivol and Hill Enterprises | Disputed | | | $0.00 |
| NuCO2 PO Box 9011 Stuart, FL 34995 | | Open account. | Unliquidated Disputed | | | $0.00 |
| RSM Products International Incorporated 105 Butler Creek Court Johns Creek, GA 30097 | | Lease termination. | Unliquidated Disputed | | | $0.00 |
| Shoppes at Edgewater, LLC c/o Bruce Anderson, Esq 495 Grand Blvd, Suite 206 Miramar Beach, FL 32550 | | Bay County lawsuit - Case No.: 2018-CA-575 | Unliquidated Disputed | | | $0.00 |

| Debtor name | Nivol Brewery, Inc |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 18-50326 |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

**Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................... $         0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................... $     140,050.41

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................... $     140,050.41

**Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $     524,135.27

3.  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................ $     13,955.75

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$     41,039.09

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b         $     579,130.11

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor name | Nivol Brewery, Inc |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 18-50326 |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

**3.** Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Ameris Checking Account - noted "can't control it" | checking | | Unknown |
| 3.2. | Ameris Checking Account ending in 7597 balance as of 8/31/18 - $50.41 | checking | 7597 | $50.41 |
| 3.3. | Ameris checking account ending in 5494 balance as of 10/31/18 is $0.00 | checking | 5494 | $0.00 |

**4.** Other cash equivalents *(Identify all)*

**5.** Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $50.41

### Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Accounts receivable

**10. Does the debtor have any accounts receivable?**

Debtor    Nivol Brewery, Inc
          Name                                                    Case number (If known) 18-50326

□ No. Go to Part 4.
□ Yes Fill in the information below.

## Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
□ Yes Fill in the information below.

## Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
□ Yes Fill in the information below.

## Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
□ Yes Fill in the information below.

## Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
□ Yes Fill in the information below.

## Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Brewing Equipment  - valued by debtor | $0.00 | | $140,000.00 |

| | |
|---|---|
| **51.   Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $140,000.00 |

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
■ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                   Best Case Bankruptcy

Debtor    Nivol Brewery, Inc                                    Case number *(If known)*  18-50326
_____
Name

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

██████ **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    483 Richard Jackson BLVD , Panama City Beach, FL - construction loan | | Unknown | | $0.00 |

56.    **Total of Part 9.**                                                                        |  $0.00  |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

██████ **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

██████ **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
Description (include name of obligor)

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor   Nivol Brewery, Inc                                    Case number *(if known)*  18-50326
_____
Name

| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
breach of contract by RSM and its principals on the Nivol
Brewing Company Asset Purchase Sales Agreement dated
7-10-18;
RSM and its principals  for the breach of the sales
agreement for  a majority interest in Nivol Brewery.
Damages include but are not limited to funds diverted from
various  accounts receivable; compensatable work
performed by Selma and Leo Hill in furtherance of
consumation of the contract; and such other damages as
are contemplated and flow from the breach of the contract.                                    Unknown

| Nature of claim | Breach of Contract |
| Amount requested | $0.00 |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                       $0.00
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Nivol Brewery, Inc                                    Case number *(If known)*  18-50326
_____
Name

▓▓▓▓▓▓▓  **Summary**
_____

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $50.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $140,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $140,050.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $140,050.41 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor name | Nivol Brewery, Inc |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 18-50326 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

**2.1** Ameris Bank
Creditor's Name

3299 Ross Clark Circle NW
Dothan, AL 36303
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
2015

Last 4 digits of account number
0101

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
483 Richard Jackson BLVD , Panama City Beach, FL - construction loan

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$462,742.70**
Value of collateral: **$0.00**

**2.2** Firestone Financial
Creditor's Name

c/o Alex Darcy, Esq
444 North Michigan Ave,
Suite 3270
Chicago, IL 60611
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
Jan 2018

Last 4 digits of account number
8332

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
Security interest in all personal property.

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$61,392.57**
Value of collateral: **Unknown**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Nivol Brewery, Inc | Case number (if know) | 18-50326 |
| --- | --- | --- | --- |
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $524,135.27

▬▬▬▬ **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor name | Nivol Brewery, Inc |
| --- | --- |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 18-50326 |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**Florida Dept Of Revenue**<br>Bankruptcy Section<br>Po Box 6668<br>Tallahassee, Fl 32314 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,955.75 | $8,400.00 |
| | Date or dates debt was incurred<br>Jan -- May 2018 | Basis for the claim:<br>sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Centralized Insolvency**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                30338                Best Case Bankruptcy

| Debtor | Nivol Brewery, Inc | Case number (if known) | 18-50326 |
|---|---|---|---|
| | Name | | |

**3.1** | Nonpriority creditor's name and mailing address
Ameris Bank
c/o Christian George, Esq
50 North Laura Street, Suite 3100
Jacksonville, FL 32202

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Bay County Case No.:  18-986CA against Nivol, Hill
Enterprises, Debtors, etc

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address
Atlas Keg Company
PO Box 59291
Birmingham, AL 35259

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Lease terminaton.

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address
Briess Industries, Inc
c/oi CMi Credit Mediators, Inc
Po Box 456
Upper Darby, PA 19082

Date(s) debt was incurred _
Last 4 digits of account number  0687

As of the petition filing date, the claim is: *Check all that apply.*                    $1,812.51
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address
BSG Craftbrewing
PO Box 74769
Chicago, IL 60694-4769

Date(s) debt was incurred  2018
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Hop Contract

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address
Craft Beer Crew Mobile Canning
7373 Lagoon Road
Spring Hill, FL 34606

Date(s) debt was incurred _
Last 4 digits of account number  2018

As of the petition filing date, the claim is: *Check all that apply.*                    $3,477.03
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor - Invoice #1597

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
Goldring Gulf
8245 Opportunity Drive
Milton, FL 32583

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   Keg deposit; no kegs are on order and no monies are due
by either party.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
Gulf Coast Brewery, LLC
500 E Heinberg Street
Pensacola, FL 32502

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $7,749.55
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Nivol Brewery, Inc | Case number (if known) | 18-50326 |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Keg Credit
308 E Renfro St., Suite 212
Burleson, TX 76028

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Termination of lease.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,000.00

Keg Logistics
9360 Station Street, Suite 325
Lone Tree, CO 80124

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Open account

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Lamar Texas Limited Partnership
c/o Michael Dickey, Esq
PO Box 2467
Panama City, FL 32402

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  lawsuit in Bay County No.:  2017-657CA against Nivol and Hill Enterprises

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

NuCO2
PO Box 9011
Stuart, FL 34995

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Open account.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

RSM Products International Incorporated
105 Butler Creek Court
Johns Creek, GA 30097

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Lease termination.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Shoppes at Edgewater, LLC
c/o Bruce Anderson, Esq
495 Grand Blvd, Suite 206
Miramar Beach, FL 32550

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Bay County lawsuit - Case No.:  2018-CA-575

Is the claim subject to offset? ■ No  ☐ Yes

---

**■■■■■■■ List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**■■■■ Total Amounts of the Priority and Nonpriority Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    Nivol Brewery, Inc
          _____          Case number (if known)    18-50326
          Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|                                                      |      |   | Total of claim amounts |
|------------------------------------------------------|------|---|------------------------|
| 5a. Total claims from Part 1                         | 5a.  | $ | 13,955.75              |
| 5b. Total claims from Part 2                         | 5b.  + $ | 41,039.09          |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c.    | 5c.  | $ | 54,994.84              |

| | |
|---|---|
| Debtor name | Nivol Brewery, Inc |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 18-50326 |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Master lease dated 2/5/16 for Nivol, Hill Enterprises and Selma |
| | State the term remaining | |
| | List the contract number of any government contract | Atlas Keg Company PO Box 59291 Birmingham, AL 35259 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | canning line lease |
| | State the term remaining | 3 years |
| | List the contract number of any government contract | Firestone Financial c/o Alex Darcy, Esq 444 North Michigan Chicago, IL 60611 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease dated 2/14/17 by Selma as VP of Nivol |
| | State the term remaining | |
| | List the contract number of any government contract | Keg Credit 308 E Renfro St., Suite 212 Burleson, TX 76028 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | breach of contract between by RSM on the Nivol Brewing Comapny Asset Purchase Sales Agreement dated 7-10-18 (RSM, LEO, Selma and Nivol Brewery) |
| | State the term remaining | |
| | List the contract number of any government contract | RSM Products International Incorporated 105 Butler Creek Court Johns Creek, GA 30097 |

Debtor 1  Nivol Brewery, Inc
      First Name      Middle Name      Last Name

Case number *(if known)*   18-50326

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Nivol was evicted on May 3, 2018 - at that time there was 18 months left on the lease | |
|---|---|---|---|
| | State the term remaining | none | Shoppes at Edgewater, LLC c/o Bruce Anderson, Esq 495 Grand Blvd, Suite 206 Miramar Beach, FL 32550 |
| | List the contract number of any government contract | | |

| Debtor name | Nivol Brewery, Inc |
|---|---|
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 18-50326 |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Hill Enterprises of NW FL, Inc | 7715 Front Beach Road Panama City Beach, FL 32407 | Lamar Texas Limited Partnership | ☐ D _____ <br> ■ E/F  3.10 <br> ☐ G _____ |
| 2.2 | Hill Enterprises of NW FL, Inc | 7715 Front Beach Road Panama City Beach, FL 32407 | Ameris Bank | ☐ D _____ <br> ■ E/F  3.1 <br> ☐ G _____ |
| 2.3 | Leo & Selma Hill | 7715 Front Beach Road Panama City Beach, FL 32407 | Shoppes at Edgewater, LLC | ☐ D _____ <br> ■ E/F  3.13 <br> ☐ G _____ |
| 2.4 | Leo & Selma Hill | 7715 Front Beach Road Panama City Beach, FL 32407 | Ameris Bank | ☐ D _____ <br> ■ E/F  3.1 <br> ☐ G _____ |

Schedule H: Your Codebtors

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  Nivol Brewery, Inc

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF FLORIDA

Case number (if known)  18-50326

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 19, 2018        X /s/ Leo F. Hill, Jr
                                        Signature of individual signing on behalf of debtor

                                        Leo F. Hill, Jr
                                        Printed name

                                        President
                                        Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor name | Nivol Brewery, Inc |
|---|---|
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 18-50326 |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### ▰▰▰ Income

**1.  Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $355,243.00 |
| For year before that:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $134,059.00 |

**2.  Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### ▰▰▰ List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Nivol Brewery, Inc _____    Case number (if known)   18-50326

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

    | Creditor's name and address | Describe of the Property | Date | Value of property |
    |---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

    | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
    |---|---|---|---|

    ▬▬▬  **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

    | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
    |---|---|---|---|---|
    | 7.1. | Lamar Texas Limited Partnership vs Nivol Brewery, Inc and Hill Enterprises of NW FL, Inc<br>2017-657-CA | County Civil | Bay County Clerk of Court<br>300 East 4th Street<br>Panama City, FL 32401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
    | 7.2. | Shoppes at Edgewater, LLC vs Nivol Brewery, Inc and Leo Hill and Selma Hill<br>2018-CA-575 | County Civil | Bay County Clerk of Court<br>300 East 4th Street<br>Panama City, FL 32401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
    | 7.3. | Ameris Bank vs Hill Enterprises of NW FL, Inc; Leo & Selma Hill; Nivol Brewery, Inc......<br>18-986CA | Civil | Bay County Clerk of Court<br>300 East 4th Street<br>Panama City, FL 32401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

    ▬▬▬  **Certain Gifts and Charitable Contributions**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Nivol Brewery, Inc                                              Case number (if known)   18-50326

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

**Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    |---|---|---|---|
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
    | | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

**Certain Payments or Transfers**

11. **Payments related to bankruptcy**

    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | Charles Wynn Law Offices, P.A. P. O. Box 146 Marianna, FL 32447-0147 | Attorney Fees | 11/14/2018 | $3,333.33 |
    | | Email or website address court@wynnlaw-fl.com | | | |
    | | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**

    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

    | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
    |---|---|---|---|

**Previous Locations**

Debtor   Nivol Brewery, Inc                                    Case number (if known)   18-50326

---

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

�merged **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

▮ **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

▮ **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Debtor    Nivol Brewery, Inc                                          Case number *(if known)*   18-50326

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

Debtor    Nivol Brewery, Inc                                    Case number (if known)  18-50326

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Michael S. McDuffie<br>797 N. Pearl Street<br>Crestview, FL 32536 | 2016 and 2017 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor    Nivol Brewery, Inc _____    Case number (if known)  18-50326 _____

Name of the parent corporation                           Employer Identification number of the parent
                                                         corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                 Employer Identification number of the parent
                                                         corporation

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 19, 2018

/s/ Leo F. Hill, Jr                                      Leo F. Hill, Jr
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Florida

In re  Nivol Brewery, Inc                                    Case No.  18-50326
                                    Debtor(s)                Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 3,333.33 |
| Balance Due | $ | 6,666.67 |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☐ Debtor        ■ Other (specify):        Counsel holds $20,000 in escrow as part of equipment sale agreement for legal services. Funds will be disbursed to the principals case and Hill Enterprises of NW FL, Inc. cases.

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 20, 2018                          /s/ Charles M. Wynn
_Date_                                     Charles M. Wynn 0241695
                                           _Signature of Attorney_
                                           Charles Wynn Law Offices, P.A.
                                           P. O. Box 146
                                           Marianna, FL 32447-0147
                                           (850) 526-3520   Fax: (850) 526-5210
                                           court@wynnlaw-fl.com
                                           _Name of law firm_

# United States Bankruptcy Court
## Northern District of Florida

In re  Nivol Brewery, Inc _____  Case No.  18-50326
_____
                    Debtor(s)  Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  December 19, 2018 _____   Signature  /s/ Leo F. Hill, Jr
                                        Leo F. Hill, Jr

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Florida

| | | |
|---|---|---|
| In re   Nivol Brewery, Inc | Case No. | 18-50326 |
| Debtor(s) | Chapter | 11 |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Nivol Brewery, Inc   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 20, 2018
Date

/s/ Charles M. Wynn
Charles M. Wynn 0241695
Signature of Attorney or Litigant
Counsel for   Nivol Brewery, Inc
Charles Wynn Law Offices, P.A.
P. O. Box 146
Marianna, FL 32447-0147
(850) 526-3520 Fax:(850) 526-5210
court@wynnlaw-fl.com